SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
PAVEL UDALOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0063 JAM |
| Plaintiff, | |
| v. | **WAIVER OF DEFENDANT UDALOV'S PRESENCE** |
| PAVEL UDALOV, | |
| Defendant. | |

Defendant, PAVEL UDALOV, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant, PAVEL UDALOV, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

1

1 | Defendant, PAVEL UDALOV, further acknowledges that he has been
2 | informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy
3 | Trial Act), and authorizes his attorney to set times and delays under
4 | the Act without defendant, PAVEL UDALOV, being present.

The original signed copy of this waiver is being preserved by PAVEL UDALOV'S attorney of record in this case.

DATED: March 5, 2012          by    /s/ Pavel Udalov
                                    PAVEL UDALOV
                                    Defendant


DATED: March 5, 2012          by    /s/ Scott N. Cameron
                                    SCOTT N. CAMERON
                                    Attorney for PAVEL UDALOV


**IT IS SO ORDERED**


Dated: 3/15/2012                    /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE