```
 1  SCOTT N. CAMERON (SBN 226605)
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    PAVEL UDALOV
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )  CASE NO.  2:12-cr-0063 JAM
                                 )
11            Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE
12       v.                      )
                                 )
13  PAVEL UDALOV,                )
                                 )  DATE:  May 22, 2012
14                               )  TIME:  9:30 a.m.
              Defendant.         )  COURT: Hon. John A. Mendez
15  _____)
```

**Stipulation**

The government and defendant Pavel Udalov, through undersigned counsel, stipulate that the status conference currently scheduled for May 22, 2012, may be continued to June 26, 2012, at 9:30 a.m. The defense is presently reviewing voluminous discovery. Moreover, parties in this case have been engaged in significant negotiations which have been productive. The additional time requested is necessary for the defense to complete the review of the discovery and to accommodate continued negotiations between the parties.

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such,

1

the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Pavel Udalov to sign this stipulation on his behalf.

DATED: May 16, 2012         BENJAMIN WAGNER
                            United States Attorney

                      by    /s/ Scott N. Cameron, for
                            R. Steven Lapham
                            Assistant U.S. Attorney

DATED: May 16, 2012
                      by    /s/ Scott N. Cameron
                            Scott N. Cameron
                            Counsel for Pavel Udalov

## **Order**

Good cause appearing,

The status conference, scheduled for May 22, 2012, is continued to June 26, 2012, at 9:30 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: May 17, 2012         /s/ John A. Mendez
                            John A. Mendez, Judge
                            United States District Court