```
 1  SCOTT N. CAMERON (SBN 226605)
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    PAVEL UDALOV
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-0063 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| PAVEL UDALOV, | ) | DATE: September 11, 2012 |
| | ) | TIME: 9:45 a.m. |
| Defendant. | ) | COURT: Hon. John A. Mendez |

### Stipulation

The government and defendant Pavel Udalov, through undersigned counsel, stipulate that the status conference currently scheduled for September 11, 2012, may be continued to October 2, 2012, at 9:45 a.m. The parties in this case have engaged in significant negotiations which have been productive. The parties are working out the final revisions to a written plea agreement. Once the final revisions are completed, defense counsel will again need to review the document with the defendant prior to execution of the agreement. The additional time requested will allow the parties to finalize the language in the written plea agreement and for defense counsel to review the plea

1

agreement again with the defendant.

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Pavel Udalov to sign this stipulation on his behalf.

DATED: September 5, 2012   BENJAMIN WAGNER
United States Attorney

by   /s/ Scott N. Cameron, for
R. Steven Lapham
Assistant U.S. Attorney

DATED: September 5, 2012
by   /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Pavel Udalov

### Order

Good cause appearing,

The status conference, scheduled for September 11, 2012, is continued to October 2, 2012, at 9:45 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: 9/6/2012   /s/ John A. Mendez
John A. Mendez
United States District Court Judge