SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230

Attorney for:
PAVEL UDALOV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00063 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| PAVEL UDALOV, | |
| Defendant, | |

**STIPULATION**

The parties, through undersigned counsel, stipulate that the date set for judgment and sentencing of defendant PAVEL UDLAOV, currently scheduled for August 27, 2013, may be continued to November 5, 2013, at 9:45 a.m. This request of the parties is being made because it is anticipated that PAVEL UDALOV will be sentenced after other defendants, in a related case, have been sentenced. The related case has a trial date of April 7, 2014. This continuance is necessary so that PAVEL UDALOV may fulfill his obligations as set forth in his plea agreement. The Presentence Investigation Report, and objections, have been completed and thus the Presentence Report disclosure schedule does not require modification. The parties will file their respective

1

sentencing memorandums, if any, no later than one week before sentencing.

The Probation Department has been consulted regarding the above stipulations and has no objections. The prosecutor has authorized the defense counsel for PAVEL UDLAOV to sign this stipulation on her behalf.

DATED: August 22, 2013                                   BENJAMIN WAGNER
                                                         United States Attorney

                                        by      /s/ Lee Bickley
                                                Lee Bickely
                                                Assistant U.S. Attorney

DATED: August 22, 2013

                                        by      /s/ Scott N. Cameron
                                                Scott N. Cameron
                                                Counsel for PAVEL UDALOV

## ORDER

Good cause appearing,

The date for judgment and sentencing of defendant PAVEL UDLAOV, presently scheduled for August 27, 2013, is continued to November 5, 2013, at 9:45 a.m.

IT IS SO ORDERED.

DATED:  8/22/2013                                /s/ John A. Mendez
                                                 John A. Mendez
                                                 United States District Court Judge